**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LEONARD PRENTICE,

Plaintiff,

v.

PIZZA HUT OF AMERICA, INC.,

Defendant.

Civil No. 01-1152 (JRT/FLN)

**ORDER OF REFERENCE**

---

Leonard Prentice, Post Office Box 65865, St. Paul, MN 55165, *pro se* plaintiff.

Christopher J. Harristhal, LARKIN HOFFMAN DALY & LINDGREN, 7900 Xerxes Avenue South, Suite 1500, Bloomington, MN 55431, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendant's motion for summary judgment [Docket No. 44] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Jan. 30, 2002
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED [illegible] 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________