AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

District of MINNESOTA

Leonard Prentice

Plaintiff

V.

Pizza Hut, Inc.,

Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE 01-1152 JRT/FLN

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☑ The clerk is directed to file the complaint.

☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 5th day of July, 2001.

Signature of Judicial Officer

FRANKLIN L. NOEL, MAGISTRATE JUDGE

Name and Title of Judicial Officer

JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______