UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leonard Prentice,

Plaintiff,

v.

Pizza Hut of America, Inc.,

Defendant.

Civil No. 01-1152 JRT/FLN

**ORDER**

---

Leonard Prentice, Pro se.
Christopher Harristhal, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on February 4, 2002, on Plaintiff's Motion to: (1) Disqualify and to Stay Order Dated 12/4/01 [#28]; (2) Compel Production of Documents and for Sanctions [#34]; and (3) Compel Production of Identities of Persons Interviewed Regarding the Investigation and for Order Allowing the Addition of Parties [#37].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Disqualify and to Stay Order Dated 12/4/01 [#28] is **DENIED**. On 12/2/01, This Court heard Defendant's Motion for Protective Order and to Compel Responses to Discovery Requests [#18]. Although Plaintiff was properly noticed, he failed to appear for the hearing. on 12/04/01, after a thorough review of record evidence and Plaintiff's submissions on the matter, this Court found that Plaintiff's refusal to answer the questions posed during his November 9, 2001, deposition was unjustified and ordered him to re-appear for deposition, pay fees charged by the videographer for second session of deposition and pay reasonable attorney's fees incurred in bringing the motion in the amount of $750. No new facts regarding Plaintiff's refusal to answer deposition questions or failure to appear at the 12/02/01 hearing have been brought to this Court's attention, and as such, this Court's 12/04/01 Order remains unchanged;

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff's Motion to Compel Production of Documents and for Sanctions [#34] is **GRANTED in part** and **DENIED in part** as follows:

   a. Insofar as the Motion seeks to compel additional responses to Plaintiff's Document Requests Nos. 2, 18-20, 25, 30, 37, 40, 43-47, 53-56 & 58, it is **DENIED**;

   b. Insofar as the Motion seeks to compel additional responses to Plaintiff's Document Requests No. 42, it is **GRANTED**;

   c. Insofar as the Motion seeks sanctions imposed against Mr. Christopher Harristhal, it is **DENIED**;

   d. Insofar as Plaintiff seeks costs and fees incurred in bringing this Motion, it is **DENIED**;

3. Plaintiff's Motion to Compel Production of Identities of Persons Interviewed Regarding the Investigation and for Order Allowing the Addition of Parties [#37] is **GRANTED in part** and **DENIED in part** as follows:

   a. Insofar as the Motion seeks to Compel Production of Identities of Persons Interviewed Regarding the Investigation, it is **GRANTED**. The Minnesota Department of Human Rights will release the identities and un-redacted statements of all individuals interviewed in connection with Plaintiff's discrimination claim;

   b. Insofar as the Motion seeks to Amend the Complaint to Add additional parties, it is **DENIED without prejudice**.

DATED: Feb. 6, 2002

Franklin L. Noel

FRANKLIN L. NOEL
CHIEF MAGISTRATE JUDGE