UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Leonard Prentice,

Plaintiff,

v.

Pizza Hut Incorporated,

Defendant.

---

File No. 01-1152 JRT/FLN

**STIPULATION TO AMEND COMPLAINT**

IT IS HEREBY STIPULATED by Plaintiff and Defendant, that the Plaintiff may amend his Complaint in the above-entitled action by naming the proper corporate entity, Pizza Hut of America, Inc. as the Defendant in this action

Dated: 8/22/01

Leonard Prentice
P.O. Box 65865
St. Paul, MN 55165
(952) 857-0457

Pro se Plaintiff

Dated: 9/27/01

Christopher J. Harristhal (175754)
LARKIN, HOFFMAN, DALY &
LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(612) 835-3800

Attorneys for Defendant

::ODMA\PCDOCS\LIB1\693345\1

SO ORDERED:

FILED OCT 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500