UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leonard Prentice,

Plaintiff,

v.

Pizza Hut of America, Inc.,

Defendant.

Civil No. 01-1152 JRT/FLN

**ORDER**

---

Leonard Prentice, pro se.
Christopher Harristhal, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on December 3, 2001, on Defendant's Motion for a Protective Order and to Compel Discovery [#18].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall reappear for his deposition on or before January 11, 2002, for an indeterminate period of time not to exceed five hours;

2. Plaintiff shall pay the fees charged by the videographer for setting the second session of his deposition;

3. Plaintiff shall pay Defendant reasonable attorney's fees incurred in bringing this motion in the amount of $750;

4. Defendant shall have a 30 day extension from the date of this order within which to answer the Plaintiff's outstanding document requests.

DATED: 12/4, 2001

FRANKLIN L. NOEL
CHIEF MAGISTRATE JUDGE

FILED DEC 0 4 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK