UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leonard Prentice,

Plaintiff,

v.

Pizza Hut of America, Inc.,

Defendant.

Civil No. 01-1152 JRT/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by December 1, 2001.

   b. All discovery shall be commenced in time to be completed by February 1, 2002.

   c. No more than 75 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 40 Requests for Admission shall be served by any party.

   e. No more than 60 Document Requests shall be be served by any party.

   f. No more than 10 non-expert depositions shall be taken by any party.

   g. No more than one Rule 35 medical examination shall be conducted.

DEC 05 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

h. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by February 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Dispositive Motions:

a. All dispositive motions shall be filed prior to March 1, 2002.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

3. Trial

a. This case shall be ready for trial no later than May 1, 2002 , at which time it will be placed on the court's nonjury trial calendar.

b. Trial is estimated to last 2-3 trial days.

DATED: 12/5, 2001.

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge