**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LEONARD PRENTICE, Civil No. 01-1152 (JRT/FLN)

Plaintiff,

v. **ORDER**

PIZZA HUT OF AMERICA, INC.,

Defendant.

---

Leonard D. Prentice, P.O. Box 65865, St. Paul, MN 55165, plaintiff *pro se*.

Christopher J. Harristhal, LARKIN, HOFFMAN, DALY & LINDGREN, 1500 Wells Fargo Plaza, 7900 Xerxes Avenue South, Bloomington, MN 55431-1194, for defendant.

Plaintiff Leonard D. Prentice brought this *pro se* action against defendant Pizza Hut of America alleging racial discrimination in violation of Title VII of the Civil Rights Act of 1964. On July 29, 2002, the Court adopted the report and recommendation of the Magistrate Judge and granted defendant's motion for summary judgment. This matter is before the Court on plaintiff's letter request for reconsideration of the July 29, 2002 order pursuant to Local Rule 7.1(g).

Motions to reconsider are prohibited except by express permission of the Court, which will be granted only upon a showing of compelling circumstances. Upon review

FILED SEP 1 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

of plaintiff's submissions, the Court concludes that plaintiff has not demonstrated the requisite compelling circumstances. Accordingly, **IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the Court's order of July 29, 2002 [Docket No. 69] is **DENIED**.

DATED: September 10, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge