# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-3539

| | |
|---|---|
| Leonard Prentice, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| vs. | * District Court for the |
| | * District of Minnesota |
| Pizza Hut of America, Inc., | * |
| | * 01-1152JRT/FLN |
| Appellee. | * |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

June 6, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A ... COPY OF THE ORIGINAL
... CLERK
... COURT OF APPEALS
... CIRCUIT
BY: Michael E. Gans

FILED JUN 30 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4